Wilbert **RUFFIN**, Plaintiff-Appellant,

v.

**D.M. CHRISTIAN, Police Officer; Aponte, Mr.; Police Officer; Buffkin, Mr.; Police Officer, Defendants-Appellees.**

No. 17-7345

United States Court of Appeals,
Fourth Circuit.

Submitted: February 22, 2018

Decided: February 27, 2018

Wilbert Ruffin, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbert Ruffin appeals the district court's order denying his motion to reopen his closed 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ruffin v. D.M. Christian,* No. 1:08-cv-00969-GBL-JFA (E.D. Va. Sept. 20, 2017). We dispense with oral argument because the facts and legal contentions are ade-

---

quately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*